# In the United States Court of Federal Claims

No. 19-405 C
(Filed: July 24, 2019)

**RED CEDAR HARMONIA, LLC**

    **Plaintiff**

    v                              **JUDGMENT**

**THE UNITED STATES**

    **Defendant**

    **and**

**NEXTGEN FEDERAL SYSTEMS, LLC**

    Pursuant to the court's Opinion And Order, filed July 23, 2019, denying plaintiffs' motion judgment on the administrative record and granting defendant's and defendant-intervenor's cross-motions for judgment on the administrative record,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant and defendant-intervenor.   No costs.

                                          Lisa L. Reyes
                                          Clerk of Court

                                      By:  s/Anthony Curry

                                            Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.